Name: Richard R Lawless
Address: 30279 Redding AVE
MURRIETA, CA 92563
Phone: 951-440-5230
Fax: 
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
09/28/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Richard R Lawless

Plaintiff

v.

The Security + Exhange Commission

Defendant(s).

CASE NUMBER:

5:21-cv-01637-JWH(SPx)

PLEASE SEE ATTACHED

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

The United States District Court (Riverside California)
Eastern Division
Case of: Richard R. Lawless V. The Securities and Exchange Commission
FOIA Dispute

Plaintiffs Pleading

Your Honor,

This is a FOIA dispute regarding the timely presentation of documents and the implementation of fees.

Before I get into the legal basis for this dispute. I believe that the court needs to understand the magnitude of the public policies issues at play in this significant case. This is not just a question of the plaintiff vs the Securities and Exchange Commission (SEC), It is about the role the SEC has played in disenfranchising fifty million American victims. The significance of these disclosures cannot be understated.

This dispute finds its genesis in the origins of the Puerto Rico bankruptcy and the largest municipal bond default in American history. Indisputably, an issue of great importance to the American people. The SEC claims it is not.

The plaintiff has alleged the following:

*"The Puerto Rico bond default was caused by the participation of America's largest banks in a Bennie Madoff type Ponzi Scheme. When the Ponzi Scheme began to fall apart the banks, as verified through the Federal Election Commission (FEC), flooded our U.S. Senators with over one hundred and twenty million dollars in campaign contributions. In return, the U.S. Senators passed favorable legislation and used their political appointees within the DOJ and SEC to prevent any investigations, prosecutions or regulatory action."*

So, in effect, we are looking at a Mafia style government run criminal operation. One in which the SEC is a very key player.

The Plaintiff has been working with the SEC and Department of Justice (DOJ) for six years on this issue. I believe it is important for the court to know the following;

1) The plaintiff filed a Federal Tort Claim (FTCA) with the DOJ for failing to prosecute over sixty major financial felonies. The claim was accepted and found to have merit.
2) The plaintiff filed a Federal Tort Claim (FTCA) with the SEC for failing to regulate and the claim was accepted and found to have merit and the government is seeking a confidential settlement with the plaintiff.
3) The plaintiff worked with the help and cooperation of the SEC and DOJ (previous to U.S. Senator interference) to produce a sixty-minute PowerPoint presentation outlining the

sixty major felonies that led to the Puerto Rico bond default. That video is on YouTube for all to view.
4) The people of Puerto Rico were so disgusted with the DOJ's and SEC's failure to act they filed a "RICO" lawsuit in 2015. The courts are reluctant to allow private use of the powerful RICO statute but the lawsuit has been upheld by the courts for five years now.
5) The plaintiff has a civil case against Gary Gensler, the SEC Chairman for the common law tort of aiding and abetting, negligence and fraud. Under his leadership the SEC continues to resist regulating this illegal activity and continues to cover-up this significant securities fraud.
6) The plaintiff is a victim of the Bond default and his previous company lost hundreds of millions before it was forced to close and the plaintiff lost tens of millions in personal investments.
7) The plaintiff was the first and only SEC whistleblower on this matter. The case was accepted and the SEC assigned a senior investigative attorney to the plaintiff's whistleblower case. Plaintiff worked closely with the SEC attorney until the U.S. Senators used their influence to shut down the activity at the SEC.
8) Any public acknowledgment of the securities fraud by the SEC would allow fifty million victims to sue for recovery of the forty billion dollars stolen from them.
9) The plaintiff released a book about these crimes "Capitol Hills Criminal Underground" naming over 300 federal employees and politicians that played a role in these crimes. The book was vetted by a number of attorneys prior to its publication and has three sources for every claim made in the book. No one has questioned the evidence in the book or sued the plaintiff (author).
10)   CIA, NSA and British intelligence whistleblowers have made the plaintiff aware of recorded phone conversations between the criminal participants and directed payoffs to senior DOJ officials and politicians. The calls were captured while tracking outgoing wire transfers in Puerto Rico. The plaintiff is currently going through the FOIA process to secure transcripts of these conversations.
11)   The plaintiff is an accomplished **investigative journalist** https://muckrack.com/richard-lawless

That brings us to today. As part of the plaintiff's discovery for the FTCA claims and the Civil lawsuit against the Chairman of the SEC, Plaintiff has requested a number of very revealing FOIA requests. The request in question today is likely to be so damning to the SEC that they have been dragging their feet, making broken commitments to deliver the documents and finally trying the use their last possible defense in withholding these document's by trying to charge an indigent, FOIA requester, tens of thousands of dollars, to get the documents.

The plaintiff in this case would not be indigent if it were not for the actions and inactions of the SEC. The SEC is now using that fact to keep these documents from the public.

The documents include 37,000 pages of conversations between SEC's most senior managers regarding the whistleblower claims and further efforts to get the SEC to act. The SEC is terrified

to let these documents go public. It will leave few questions that the SEC participated in these crimes against fifty million American's.

**The plaintiff does not believe the SEC will actually provide these documents regardless of the fee waiver issue. The plaintiff believes the SEC will use every tactic available to them to delay a release, even if ordered by the court to do so. The SEC will use the fee issue to prevent any disclosures.**

**FOIA Request:** All internal communications regarding Richard R. Lawless between the date of plaintiff's whistleblower complaint (July 30, 2015) and April 30, 2021. I believe the plaintiff later tried to up-date the request to extend it to August 30, 2021.

The SEC found 38,000 pages based on this request. Since the plaintiff only communicated with SEC senior management, these are all likely documents of discussions between SEC senior managers.

**FOIA Request:** 21-00159-FOPA

**Date Requested:** May 16, 2021

**Date Fee Waiver Declined:** May 27, 2021

**Date Appeal Declined:** 9-17-21

The statutory fee waiver standard contains two basic requirements:[5]

1. The public interest requirement
2. The commercial interest requirement - i.e., the requirement that the requester's commercial interest in disclosure be less than the public interest in disclosure

    The Department of Justice laid out these six criteria to address the above two requirements. Plaintiff has addressed each one separately.

DOJ's analytical factors:

### 1) The Public Interest Requirement;

> "*Documents shall be furnished **without any charge** or at a charge reduced below the fees established under clause (ii) if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not **primarily** in the commercial interest of the requester.*"

Concerns "the operations or activities of the government

This seventy-four-billion-dollar securities fraud could not have happened without the full and complete cooperation of the Securities and Exchange Commission, a federal agency.

The people have a right to know why they refused to act and continue a cover-up of these crimes.

### "Likely to contribute to understanding"

Disclosures in earlier FOIA requests show that the SEC was fully aware of the sixty serious financial felonies that caused the Puerto Rico bond default. A default in which they failed to take any meaningful regulatory action or notify the public about the serious security fraud.

The new FOIA request under question will detail the "conversations" between the most senior SEC officials and their justifications for ignoring this major fraud and leaving the American people with little to no recourse for their forty billion dollars in stolen money.

According to the SEC's own website the SEC was created by the American people to conduct two primary functions:

*"The mission of the SEC is to **protect investors**; maintain fair, orderly, and **efficient markets**; and facilitate capital formation. The SEC strives to promote a market environment that is worthy of the public's trust."*

In this case the SEC failed at both and the public has a right to know why It may be so much more than a colossal failure, these documents may show that the SEC actually participated in the sixty financial felonies that cause the bond default. The people have a right to know if their public agencies are working against them.

### "Public" understanding

The current public understanding as articulated by the press is that the Puerto Rico bond default happened because of declining economic conditions, high shipping costs for the island or bad tax policies. That could not be further from the truth.

By making these claims the press with the SEC as an accomplice is basically claiming "sorry your losses happened through some "Act of God" and no one can be held accountable. You can't sue anyone for high shipping costs or bad tax policy. You are out of luck.

If the SEC did not cover up these crimes the American public would have found out the bond default was caused by massive securities fraud. AND if it were securities fraud, the American public could sue the banks and get their stolen money back along with punitive damages.

It is CRITICAL that the American people are told the truth so they can recover their money.

"Significance" of contribution

There are no questions from earlier SEC FOIA releases that the SEC knew about these crimes from the earliest stages of the bond default. We have received documents showing they knew about all sixty major felonies, (*securities fraud, theft on a massive scale, bribery, extortion, mail fraud, wire fraud, RICO lawsuits and the CIA recorded telephone conversations*). None of that is in question in this dispute.

The significance of this FOIA request is the obvious disclosures that the 37,000 pages of conversations between senior SEC officials will tell. It will shed light on the reasons the SEC chose to ignore their duty and failed to protect investors.

If the SEC is not independent and can only apply its regulatory authority to financial firms not protected by United States Senators or the Administration, the people deserve to know that two forms of regulatory justice exist in this country, one that you can buy with campaign contributions and another much more punitive justice for those with less financial resources.

## 2) The Commercial Interest Requirement;

The "existence and magnitude" of a commercial interest

The plaintiff has no commercial interest at stake here. The plaintiff as a journalist, does have his articles published by major media companies across the globe but never accepts compensation for his articles.

The plaintiffs solar power company that had a contract with the Puerto Rico Electric Power authority ceased operating a number of years ago.

Neither the plaintiff or his company would derive any benefit that would not also be available to the other fifty million victims.

The "primary interest in disclosure"

The plaintiff is motivated to pursue this FOIA request as a victim of the SEC actions or lack of actions. It will also provide an unpaid journalist (the plaintiff) the opportunity to inform the public and give the victims and opportunity to recover their stolen money.

Respectfully Submitted,


Richard R. Lawless
30279 Redding Avenue
Murrieta, CA 92563
951-440-5230
richardrlawless@gmail.com