Richard R. Lawless
30279 Redding Avenue
Murrieta, CA  92563
951-440-5230
richardrlawless@gmail.com
Plaintiff

# United States District Court
# For the Central District of California
# Eastern Division

**RICHARD R. LAWLESS**  No. 5:21-cv-01637-JWH-SP

Plaintiff,

**MOTION FOR RULE 11 SANCTIONS**

**UNITED STATES OF AMERICA**
_____
Defense Counsel
Mary Alexandra Verdi
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
202-551-5057
Email: verdim@sec.gov

**Date:** June 30, 2023
**Time:** 9:00 AM
**Courtroom:** 9D
**Hon.** JOHN W. HOLCOMB

FILED
CLERK, U.S. DISTRICT COURT
5/9/23
CENTRAL DISTRICT OF CALIFORNIA
BY: cla  DEPUTY

1  Plaintiff provided this motion request to the defense counsel prior to its submission in order to
2  comply with court rules. The Plaintiff encouraged defense counsel to submit their rebuttal
3  simultaneously with this motion to allow the court to consider this request expeditiously.

4  Pleading

5  Defendant (SEC) and Defense Counsel (Alexandra Verdi) sought to mislead the court by pursuing
6  a pretrial dismissal while withholding a written confession of the crimes. In a case where the
7  Plaintiff is seeking documents showing the SEC may have aided and abetted in these crimes, it is
8  without dispute that this evidence was material for both the Plaintiff and the Judge when
9  considering any pretrial dismissals. The HR. 1049 document (the confession) admitted to a Ponzi
10 Scheme, the theft of hundreds of millions of dollars, fraudulent financial statements, and a
11 request for investigation and prosecution of those involved. That request was made very
12 specifically to both the SEC and the DOJ.

13 This document makes it clear the crimes happened, as the plaintiff claimed, that the SEC and
14 DOJ knew about these ongoing crimes for many years, as the plaintiff claimed, and that the SEC
15 and DOJ allowed these crimes to grow and continue until they resulted in the largest municipal
16 bankruptcy in American history. All critical facts that would be very material for any Judge or
17 Plaintiff to be fully aware of. Additionally, the Defense Counsel made repeated statements to
18 the court that the SEC knew to be untrue.

19 The Plaintiff is requesting appropriate Rule 11 sanctions for this egregious behavior.

# Proof of Service

## Case No. CV-01637

I am over the age of 18 years and not a party to this action. My address is: 30279 Redding Avenue, Murrieta, CA 92563, Telephone No. (951) 440-5230.

On May 10, 2023, I caused to be served the document entitled Motion for Section 11 Sanctions. This response was sent to Alexandra Verdi, legal counsel for the SEC.

☐ OFFICE MAIL: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ PERSONAL DEPOSIT IN MAIL: By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ EXPRESS U.S. MAIL: Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ HAND DELIVERY: I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ UNITED PARCEL SERVICE: By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Buffalo, New York.

☐ ELECTRONIC MAIL: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

1. ☐ E-FILING: By causing the document to be electronically filed via the
2. Court's CM/ECF system, which effects electronic service on counsel who are
3. registered with the CM/ECF system.
4. ☐ FAX: By transmitting the document by facsimile transmission. The
5. transmission was reported as complete and without error.
6.
7. I declare under penalty of perjury that the foregoing is true and correct.
8. Date: May 10, 2023 /s/ Vicki Medlen
9.